UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:22-cr-00052-HAB-ALT |
| | ) | |
| ROBERT ELSTEN | ) | |

### FINDINGS AND RECOMMENDATION
### OF THE MAGISTRATE JUDGE REGARDING
### DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW

TO:   THE HONORABLE HOLLY A. BRADY, CHIEF JUDGE,
UNITED STATES DISTRICT COURT

Before the Court is a motion to withdraw filed by Defendant's counsel on December 3, 2025. (ECF 99). On December 4, 2025, Chief Judge Holly A. Brady referred the matter to the undersigned Magistrate Judge to hold a hearing on the motion. (ECF 100).

I held a hearing on the motion to withdraw on December 10, 2025, at which Defendant, his attorney Hannah Olenick, counsel for the United States of America, and a representative of the IRS Criminal Investigation appeared. (ECF 104). At the hearing, Defendant stated that he has fired his counsel of record and intends to retain new counsel in this matter. Given Defendant's representation, the Government had no objection to Defendant's request. Accordingly, I afforded Defendant to and including December 24, 2025, to retain new counsel and cause them to file an appearance on his behalf. (*Id.*). I also confirmed that the sentencing date of January 21, 2025, remains in place. (*Id.*).

Given Defendant's stated intent to retain new counsel, I RECOMMEND that the Court grant Defendant's counsel's motion to withdraw (ECF 99). Objections to these Findings and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. §

2

636(b)(1).

DATED this 10th day of December 2025.

/s/ Andrew L. Teel
Andrew L. Teel
United States Magistrate Judge