UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CASE NO. 1:22-CR-52-HAB-ALT |
| ROBERT ELSTEN, | |
| Defendant. | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION

This matter is before the Court on the Findings and Recommendation of the United States Magistrate Judge [ECF No. 107], filed on December 10, 2025. The Defendant and the Government had fourteen (14) days to object to the Magistrate Judge's Findings and Recommendation that this Court should grant the Motion to Withdraw as Attorney filed by Defendant Robert Elsten's former attorneys Robert J. Fedor and Hannah M. Olenick. Neither party has objected. Further, it appears that Elsten has hired a new attorney. [ECF Nos. 108, 109]. The Court being duly advised, ADOPTS the Findings and Recommendation [ECF No. 107] in its entirety and GRANTS the Motion to Withdraw as Attorney filed by Attorneys Robert J. Fedor and Hannah M. Olenick [ECF No. 99].

**SO ORDERED** on January 7, 2026.

s/ *Holly A. Brady*
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT